UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 15200
    HELEN D HOOD
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-5288
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/19/2005 and was confirmed 06/29/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  23.04% from remaining funds.

    The case was paid in full 06/23/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 700.00 | 72.12 | 700.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2291.44 | .00 | 527.86 |
| LOUIS A WEINSTOCK ESQ | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL SV | SECURED | 9635.00 | 993.38 | 9635.00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | 5419.49 | .00 | 1248.43 |
| AMERICREDIT | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIFINANCIAL | SECURED | 500.00 | 68.75 | 500.00 |
| CITIFINANCIAL INVESTMENT | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK PREFERRED VISA | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL FINANCIAL SYSTE | NOTICE ONLY | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURRECTION HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| SEARS ROEBUCK & CO | UNSECURED | NOT FILED | .00 | .00 |
| ALEGIS GROUP LOAN SERVIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| WEST SUBURBAN MEDICAL CE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED OTH | 1742.72 | .00 | 401.49 |
| RAB INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 2,064.20 | | 2,064.20 |
| TOM VAUGHN | TRUSTEE | | | 993.77 |
| DEBTOR REFUND | REFUND | | | 2.84 |

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

```
                       RECEIPTS              DISBURSEMENTS
```
--------------------------------------------------------------------------------
```
TRUSTEE              17,207.84

PRIORITY                                          .00
SECURED                                     10,835.00
     INTEREST                                1,134.25
UNSECURED                                    2,177.78
```

              PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 15200 HELEN D HOOD

```
ADMINISTRATIVE                                            2,064.20
TRUSTEE COMPENSATION                                        993.77
DEBTOR REFUND                                                 2.84
                         ---------------     ---------------
TOTALS                       17,207.84           17,207.84
```

        Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/25/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE